IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00056-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRECESIO SARINANA-SOTO,
    a/k/a Crescencio Soto Sarinana,
    a/k/a Crescencio Sariana-Soto,
    a/k/a Miguel Sarnano-Soto,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 28, 2022, in the State and District of Colorado, the defendant, CRECESIO SARINANA-SOTO, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about March 14, 2017, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

### NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States

Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for an aggravated felony offense.

                                            A TRUE BILL:

                                      <u>Ink Signature on file in Clerk's Office</u>
                                      FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/ Kelly R. Churnet*
KELLY R. CHURNET
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Tel: (303) 454-0100
Email: Kelly.Churnet@usdoj.gov