AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 23-cr-00056-NYW |
| CRECESIO SARINANA-SOTO, | ) | |
| a/k/a Crescencio Soto Sarinana, | ) | |
| a/k/a Crescencio Sariana-Soto, | ) | |
| a/k/a Miguel Sarnano-Soto | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CRECESIO SARINANA-SOTO, a/k/a Crescencio Soto Sarinana, a/k/a Crescencio Sariana-Soto, a/k/a Miguel Sarnano-Soto ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indicator: Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:


Date:      02/22/2023                                                                    s/T. Vo, Deputy Clerk
                                                                                                         *Issuing officer's signature*

City and state:      Denver, Colorado                                       Jeffrey P. Colwell, Clerk of Court
                                                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                                    _____
                                                                                                         *Arresting officer's signature*

                                                                                                         _____
                                                                                                         *Printed name and title*