IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00056

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRECESIO SARINANA-SOTO

Defendant.

---

NOTICE OF ATTORNEY APPEARANCE

---

Comes now Richard J. Banta and hereby gives Notice of his Appearance on behalf of Crecesio Sarinana-Soto.

Respectfully submitted,

s/*Richard J. Banta*
Richard J. Banta
501 S. Cherry Street
Suite 1100-mb11
Denver, CO 80246
303-860-8048
FAX: 303-333-1195
E-mail: rjbanta@comcast.net
Attorney for Defendant
Crecesio Sarinana-Soto.

2

CERTIFICATE OF SERVICE

I certify that on March 25, 2023 I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/*Richard J. Banta*
Richard J. Banta