**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 23-cr-00056-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRECESIO SARINANA-SOTO,

a/k/a CRESCENCIO SOTO SARINANA,
a/k/a CRESCENCIO SARIANA-SOTO,
a/k/a MIGUEL SARNANO-SOTO,

    Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL
FOR THE GOVERNMENT**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 27th day of March, 2023.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By: *s/ Albert Buchman*

    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado  80202
    Telephone:   (303) 454-0100
    E-mail:  al.buchman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
Lauren Timm
*United States Attorney's Office*
Legal Assistant