IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:23-cr-00056-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CRECESIO SARINANA-SOTO,

    Defendant.

_____

## MOTION TO WITHDRAW
_____

    The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through undersigned Kelly Churnet, Assistant United States Attorney, hereby files its Motion to Withdraw herself as counsel of record and requests termination of electronic service.  Assistant United States Attorney Albert Buchman is the lead attorney and will remain the counsel of record in this case.

    Dated this 27th day of March 2023.

                                                    Respectfully submitted,

                                                  COLE FINEGAN
                                                  Acting United States Attorney

                                                  By:  *s/ Kelly R. Churnet*
                                                  KELLY R. CHURNET
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  1801 California Street, Suite 1600
                                                  Denver, Colorado 80202
                                                  Telephone: (303) 454-0100
                                                  E-mail:  Kelly.Churnet@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of March 2023, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      By:   *s/ Ian McCandless*
              Ian McCandless
              Legal Assistant