IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:23-cr-00056-NYW-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRECESIO SARINANA-SOTO,

    Defendant.

---

**ORDER OF DETENTION**

---

THIS MATTER was before the court for a detention hearing on 3/28/2023, after the Government moved for detention under 18 U.S.C. § 3142(f). Defendant, through counsel, indicated to the Court that Defendant was not contesting detention, thus waiving the right to a detention hearing and voluntarily consenting to detention. *See United States v. Clark,* 865 F.2d 1433, 1436 (4th Cir. 1989) ("We now hold that both the time requirements and the detention hearing itself provided for in section 3142 are waivable.") Based on that waiver, the Court ORDERS Defendant DETAINED.

The Court further takes judicial notice of the Pretrial Services Report and the recommendation therein that Defendant be detained.

IT IS ORDERED that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that Defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for appearances in connection with these proceedings.

DATED: 3/28/2023

BY THE COURT:

_____

S. Kato Crews
United States Magistrate Judge