AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 MAR 27 PM 12: 17

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 23-cr-00056-NYW |
| CRECESIO SARINANA-SOTO, | ) | |
| a/k/a Crescencio Soto Sarinana, | ) | |
| a/k/a Crescencio Sariana-Soto, | ) | |
| a/k/a Miguel Sarnano-Soto | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CRECESIO SARINANA-SOTO, a/k/a Crescencio Soto Sarinana, a/k/a Crescencio Sariana-Soto, a/k/a Miguel Sarnano-Soto,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 USC 1326 - Illegal ReEntry

Date: 02/22/2023

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/22/2023, and the person was arrested on *(date)* 03/24/2023 at *(city and state)* Denver, Colorado. |
| Date: 03/24/2023 |

*Arresting officer's signature*

DO S. Velazquez
*Printed name and title*